AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

**FILED**
NOV 15 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States of America
v.

Haitao Xiang

*Defendant(s)*

Case No. 4:19 MJ 1500 JMB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 1, 2014 to August 2017__ in the county of __St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1832 | Conspiracy to Commit Theft of Trade Secrets<br>Theft of Trade Secrets |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

JARET DEPKE, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/15/2019

*Judge's signature*

City and state: St. Louis, Missouri   Honorable John M. Bodenhausen, U.S. Magistrate Judge
*Printed name and title*