UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry  06/16/2017

    ANNE LUTHER, date of birth (DOB) 10/30/1982, MARK KENNEDY, DOB 09/23/1956, and VINCENT ROSS, DOB 04/13/1957, were interviewed at MONSANTO, 800 North Lindbergh Boulevard, Saint Louis, Missouri 63167. After being advised of the identity of the interviewing Agent and the nature of the interview, LUTHER provided the following information:

- Approximately the week of 05/29/2017, XIANG Haitao, date of birth 08/23/1977, notified Monsanto of his intent to terminate employment due to a better opportunity that he was offered.

- XIANG is a Monsanto Senior Research Applications Engineer.

- XIANG had a close relationship with YAN Jia.

- XIANG's last day at Monsanto is 06/09/2017. Monsanto intends on conducting an exit interview of XIANG on this day.

- XIANG had significant communication, including emails, with CHEN Jiunn Ren. XIANG was on CHEN's research team at Monsanto.

- Monsanto Global Security originally became aware of XIANG in 2008 when he was a new Monsanto employee. XIANG misrepresented himself as a University of Illinois (UoI) student when attempting to acquire information about US company SPECTIR's hyperspectral imaging technology. LUTHER stated that XIANG was not a UoI student at this point, but a full-time Monsanto employee. This information was discussed in a meeting between Monsanto and FBI SL on 10/29/2008.

- Monsanto conducted a review of XIANG in their systems and identified a string of suspicious Google searches, including queries along the lines of "what happens if I give company information to a third party". Monsanto also discovered that XIANG sent packets of information to NERCITA(ph), a Chinese equivalent of The Climate Corporation (a Monsanto subsidiary). At this point it is unclear if XIANG had a legitimate reason to provide this information to NERCITA and/or if it involved Monsanto Intellectual Property. Monsanto also discovered that XIANG sent multiple emails from his work email

UNCLASSIFIED//FOUO

| | |
|---|---|
| Investigation on 06/05/2017 | at St. Louis, Missouri, United States (In Person) |
| File # 284G-SL-2178248-302 | Date drafted 06/15/2017 |
| by Jaret Depke | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

GENERAL-0000004

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

284G-SL-2178248-302

Continuation of FD-302 of (U//FOUO) 06/05/2017 Interview of Anne Luther, Mark Kennedy and Vincent Ross , On 06/05/2017 , Page 2 of 2

account to his personal email account which included Monsanto "confidential information".

- LUTHER requested author be available for the interview on 06/09/2017 and requested assistance in reviewing Monsanto's interview plan for XIANG.

UNCLASSIFIED//FOUO

GENERAL-0000005