UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:19-cr-00980-HEA-JMB |
| HAITAO XIANG, | ) ) ) |
| Defendant. | ) |

**GOVERNMENT'S RESPONSE IN OPPOSITION
TO DEFENDANT'S OBJECTIONS TO REPORT AND RECOMMENDATION**

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and undersigned counsel, and for its Response in Opposition to the Defendant's Objections to the Report and Recommendation, states as follows:

This matter has been briefly extensively by the parties, both in pre-hearing briefing (Doc. Nos. 93, 99, 106) and post-hearing briefing (Doc. Nos. 114, 115). On July 23, 2021, the United States Magistrate Judge issued a Report and Recommendation denying the Defendant's Motion to Suppress Evidence. Doc. No. 117. On August 4, 2021, the Defendant filed his objections to the United States Magistrate Judge's Report and Recommendation. Doc. No. 123. That filing identifies no issues of law or fact not previously briefed by the parties and addressed in the Report and Recommendation. The United States concurs with the findings of fact and conclusions of law of the Report and Recommendation of the United States Magistrate Judge and has no argument independent of those arguments articulated in previous filings and in the Report

1

and Recommendation.

I.  **Conclusion**

For the foregoing reasons, the United States respectfully requests that this Court deny the Defendant's objections to the Report and Recommendation.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney


*/s/Gwendolyn E. Carroll*
GWENDOLYN E. CARROLL, #4657003NY
Assistant United States Attorneys
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
(314) 539-2200

 /s/*Matthew T. Drake*
MATTHEW T. DRAKE, #46499MO

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on  August 17, 2021 , the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

*s/Matthew T. Drake*
MATTHEW T. DRAKE, #46499MO

*s/Gwendolyn E. Carroll*
GWENDOLYN E. CARROLL, #4657003NY