US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** USA v Xiang

**USCA#:**

**Case Number:** 4:19-CR-00980-HEA

**Plaintiff:** UNITED STATES OF AMERICA

**Defendant:** HAITAO XIANG

**Attorney:** SEE DOCKET SHEET

**Attorney:**
Vadim Alex Glozman (for dft)
53 W. Jackson Boulevard
Suite 1410
Chicago, IL  60604
Ph:  312-726-9015   Fax:
Email:  vg@glozmanlaw.com

**Court Reporter(s):**
A.Daley
L. Nichols
A. Garagnani

Please return files and documents to: Clerk for Eastern District of Missouri

Person to contact about the appeal: Jamekia Latham at 314.244.7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | Paid | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?: Yes    Where: ICE Custody

**Please list all other defendants in this case if there were multiple defendants:**